# Suydam *vs.* M‘Coon.

*Ejectment.* IN this cause the plaintiff, who claimed under a sheriff's sale, had been non-suited on the trial, for a variance between the record produced in evidence, and the writ of *venditioni exponas*, and at January term, 1797, had procured the non-suit to be set aside on the payment of costs, and had moved for and obtained leave to amend the writ by striking out the words *twenty eighth*, and inserting the word *twentieth*.

Having been non-suited a second time for a like variance between the record and the same writ,

*Evertson* now moved for leave to amend again, by striking out the words " *last past*" and inserting the figures 1790, and cited *Thomas Jones* 41.

*C. I. Bogert* objected that it was now too late.

*Per Curiam.* These errors are to be considered as the misprision of the clerk. On the authority of *Jones* and of the former decision in this Court, Let the amendment be made.